RECEIVED
JUN 25 2020
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Glickstein and G Asset Management

Write the full name of each plaintiff.

20-cv-4932
(Include case number if one has been assigned)

-against-

Pensam Capital, Michael Stein, Gavin Beekman and Joe Ackerman

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# COMPLAINT

Do you want a jury trial?
☑ Yes ☐ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☑ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

________________________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Michael Glickstein, is a citizen of the State of
(Plaintiff's name)

New York
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

________________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, Michael Stein, is a citizen of the State of
(Defendant's name)

Florida

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If the defendant is a corporation:

The defendant, Pensam Capital, is incorporated under the laws of the State of Florida

and has its principal place of business in the State of ______________________

or is incorporated under the laws of (foreign state) ______________________

and has its principal place of business in ______________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Michael | | Glickstein
First Name | Middle Initial | Last Name

230 East 14th Street, #1Q
Street Address

New York | NY | 10003
County, City | State | Zip Code

917 370 9370 | michael.glickstein@gmail.com
Telephone Number | Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Michael Stein
First Name Last Name

Co-Founder and Managing Partner, Pensam Capital
Current Job Title (or other identifying information)

777 Brickell Avenue, Suite 1200, email addresses provided beca
Current Work Address (or other address where defendant may be served)

Miami FL 33131
County, City State Zip Code

Defendant 2:

Pensam Capital
First Name Last Name

Current Job Title (or other identifying information)

777 Brickell Avenue, Suite 1200, info@pensamcapital.com
Current Work Address (or other address where defendant may be served)

Miami FL 33131
County, City State Zip Code

Defendant 3:

Gavin Beekman
First Name Last Name

Co-Founder gbeekman@pensamcapital.com
Current Job Title (or other identifying information)

777 Brickell Avenue, Suite 1200
Current Work Address (or other address where defendant may be served)

Miami FL 33131
County, City State Zip Code

Defendant 4: Joe Ackerman

First Name Last Name

Founding Partner of Pensam Capital

Current Job Title (or other identifying information)

777 Brickell Avenue, Suite 1200

Current Work Address (or other address where defendant may be served)

Miami FL

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York, NY and Miami, Fl

Date(s) of occurrence: 2016, when I discovered me and my company have been substantially wi

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Mr. Glickstein is the President and Chief Investment Officer of G Asset Management, LLC, an investment firm focused on value-oriented public equities, special situation investing and real estate. Based on his ability to invest in a contrarian manner and understand cycles, Mr. Glickstein formed G Value Fund in January 2009 to take advantage of depressed public equity prices, including publicly traded real estate securities. After the recovery in public equities in 2009, he noticed that private real estate prices remained depressed and multi-family investments met a number of his value investing criteria. G Real Estate Partners was formed in June 2010 for the primary purpose of making investments in multi-family real estate and other real estate-related opportunities. It is this vehicle and other real estate separate opportunities that the Nadler's choose to go around Mr. Glickstein and his company on their real estate investments, including their first ever multifamily investments, G Asset Management's favorite real estate sector.

Prior to founding G Asset Management, Mr. Glickstein's investment experience included a research position at Pequot Capital Management. At Pequot, a $5.5bn hedge fund at the time, he was trained under a firm principal as a generalist value investor, who also acted as a Co-Portfolio Manager of a ~$500mn distressed mortgage fund. Mr. Glickstein learned the importance of covering different sectors using similar investment approaches and building out the right teams with specific expertise to allocate capital quickly to the most attractive risk-adjusted investment opportunities. Before Pequot, he was a Vice President at Mercer

At or around the date of November 29, 2010, When meeting with Mike stein for a drink in New York, he told me his real estate firm was only focused on the Florida area and I thought there focus at pensam was just on bridge lending, when I first met with them, to build the profitability, before stealing our thesis to go national multi-family investment thesis, with non-recourse financing. Over drinks I told him by investment idea was approved by some of the best .investment minds in the world, including valuation legend at NYU Stern, Aswath Damodaran, and my former boss at Pequot, who ran a distressed mortgage fund, was also a large partner on a hedge fund too and an adjust Professor at Columbia Business School too. They were right to approve my investment idea on real estate multifamily nationally with non-recourse financing representing a huge opportunity, which is something Pensam Capital stole from me re the idea, trade secret, intellectual capital, which I was telling him obviously for business purposes, to get a new partner with him and his firm on the huge opportunity, which Michael Stein and Pensam stole from us to scale and profit immensely buying 35,000 units of multifamily, mostly outside the state

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The loss of compensation from intellectual property.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

We (my company) G Asset Management and I, Michael Glickstein, would like money damages of $6,000,000,000. This could be paid by Pensam Capital and its three co-founders, in a combination of cash ($2bn minimum), ownership stake in Pensam (if we agree that this has value) and its GP (management fees, capital event fees and incentive fees) and their (the three co-founders) and Pensam's real estate holdings. We arrived at this number based on the following analysis. If they had appropriately invested with my firm to do their out of state mutlifamily acquisitions as was our idea, my company would have 100% of the fees on the capital invested or if they partnered with our company, we estimate would have half of the fees on the total deals done, which is what we request of

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

4/24/2020 — Michael Glickstein (signature)

Dated — Plaintiff's Signature

Michael — Glickstein

First Name — Middle Initial — Last Name

230 East 14th Street, #1Q

Street Address

New York — NY — 10003

County, City — State — Zip Code

917 370 9370 — michael.glickstein@gmail.com

Telephone Number — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.