UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GLICKSTEIN, *et al.*,

                    Plaintiff,

          -against-

PENSAM CAPITAL, *et al.*,

                    Defendants.

20-CV-4932 (LLS)

CIVIL JUDGMENT

        Pursuant to the order issued August 10, 2020, dismissing the complaint,

        IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under

Rule 12(h)(3) of the Federal Rules of Civil Procedure.

        Plaintiff has consented to electronic service. (ECF No. 3.)

SO ORDERED.

Dated:    September 21, 2020
          New York, New York

                                          _Louis L. Stanton_____
                                          Louis L. Stanton
                                          U.S.D.J.